IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Andres Leroy Glenn,               )<br>                                                    )<br>                         Plaintiff,    )<br>                                                    )<br>     vs.                                          )<br>                                                    )<br> Niki Joyner,                            )<br>                                                    )<br>                         Defendant. )<br>                                                    ) | C/A No.: 3:14-1659-CMC-SVH<br><br><br><br><br>ORDER |

This is a civil action filed by a pro se litigant. Under Local Civil Rule 73.02(B)(2)(e) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

On April 29, 2014, the court issued an order directing Plaintiff to provide documents necessary for initial review. [Entry #5]. Plaintiff has substantially complied with the order and this case is now in proper form.

## PAYMENT OF THE FILING FEE:

In response to this court's order dated April 29, 2014, Plaintiff submitted another Application to Proceed Without Prepayment of Fees and Affidavit (Form AO240) and a Financial Certificate to this court pursuant to 28 U.S.C. § 1915(a)(1). A review of these documents reveals that Plaintiff does not have the funds to prepay the filing fee. Plaintiff's Motion for Leave to Proceed *in forma pauperis* is granted [Entry #2], subject to the court's right to require a payment if Plaintiff's financial condition changes, and to tax fees and costs against Plaintiff at the conclusion of this case if the court finds the case to be without merit. *See Flint v. Haynes*, 651 F.2d 970, 972–74 (4th Cir. 1981).

## TO THE CLERK OF COURT:

The Clerk of Court is directed not to issue the summons or forward this matter to the United States Marshal for service of process at this time.

IT IS SO ORDERED.

*Shiva V. Hodges*

May 20, 2014
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge